IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨signature⟩ D.C.

05 JUN -8 AM 11: 57

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                         NO. 03-20485-Ma

DEMOND ROBINSON,

    Defendant.

ORDER WITHDRAWING ORDER OF REFERENCE

The order of reference docketed on May 25, 2005, referring defendant's request for new counsel to the magistrate judge is withdrawn.

It is so ORDERED this ⟨handwritten⟩ day of June, 2005.

⟨signature⟩

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-8-05

287

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 287 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT