UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 AUG -1  AM 10: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Criminal No. 03- 20485 Ma

DEMOND ROBINSON,

    Defendant.

## ORDER ALLOWING WITHDRAWAL OF COUNSEL

Before the court is the oral motion of Howard Manis, appointed counsel for the defendant Demond Robinson, seeking an order from this court allowing him to withdraw from the representation of defendant Demond Robinson. Counsel states that he is moving out of town and will no longer be available to represent Robinson.

For good cause shown, Howard Manis be and hereby is allowed to withdraw as counsel for Robinson. The appointment of Howard Manis is therefore terminated, and new counsel will be appointed for the defendant from the CJA list of attorneys.

_____
Samuel H. Mays, Jr.
United States District Court Judge

July 28, 2005
_____
Date

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on  8-2-05

308

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 308 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on August 2, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

PDA
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT