FILED BY _____ /s/ ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 20 AM 7:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 03-20485-Ma |
| | ) | |
| DEMOND ROBINSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a report date on August 26, 2005. Counsel requested a continuance of the trial date in order to allow for additional preparation in the case and due to the unavailability of defense counsel.

The Court granted the request and continued the trial to the rotation docket beginning November 7, 2005 at 9:30 a.m., with a report date of Friday, October 28, 2005 at 2:00 p.m.

The period from August 26, 2005 through November 18, 2005 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(8)(A)(iv) because the interests of justice in allowing additional time to prepare and continuity of defense counsel outweigh the need for a speedy trial.

**IT IS SO ORDERED** this _16th_ day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-21-05___

337

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 337 in case 2:03-CR-20485 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

April Rose Goode
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
Federal Defender's Office
100 N. Main Bldg., Suite 410
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Autumn B. Chastain
LAW OFFICE OF AUTUMN CHASTAIN
707 Adams Ave.
Memphis, TN 38105

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

M. Jake Werner
LAW OFFICE OF M. JAKE WERNER
46 N. Third St.
Ste. 628
Memphis, TN 38103

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT